UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEMONWOOD, INC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-cv-09550 <br><br> **FILED UNDER SEAL** |

# EXHIBIT 1 TO THE COMPLAINT

# Lemonwood, Inc. - Copyright Summary

| Specimen | Filename | Registration # | Date |
|---|---|---|---|
|  | LWD-02 | VA0002441216 | 04/11/2025 |
|  | LWD-14 | VA0002441217 | 04/11/2025 |

|  | LWD-16 | VA0002441215 | 04/11/2025 |
|---|---|---|---|
|  | LWD-17 | VA0002441250 | 04/11/2025 |

Registration Number

# VA 2-441-216

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
April 11, 2025

## Title

    Title of Work: LWD-02

## Completion/Publication

    Year of Completion: 2023
    Date of 1st Publication: May 15, 2023
    Nation of 1st Publication: United States

## Author

-     Author: Lemonwood, Inc.
    Author Created: 2-D artwork
    Work made for hire: Yes
    Citizen of: United States

## Copyright Claimant

    Copyright Claimant: Lemonwood, Inc.
    4500 East Speedway, Unit 52, Tucson, AZ, 85712, United States

## Rights and Permissions

    Organization Name: Lemonwood, Inc.
    Address: 4500 East Speedway
    Unit 52
    Tucson, AZ 85712 United States

## Certification

    Name: Jessica Delos Santos
    Date: April 10, 2025

Registration Number

# VA 2-441-217

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
April 11, 2025

## Title

| | |
|---|---|
| Title of Work: | LWD-14 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2023 |
| Date of 1st Publication: | October 15, 2023 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Lemonwood, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Lemonwood, Inc. |
| | 4500 East Speedway, Unit 52, Tucson, AZ, 85712, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Lemonwood, Inc. |
| Address: | 4500 East Speedway |
| | Unit 52 |
| | Tucson, AZ 85712 United States |

## Certification

| | |
|---|---|
| Name: | Jessica Delos Santos |
| Date: | April 10, 2025 |

Page 1 of 2

Registration Number

# VA 2-441-215

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
April 11, 2025

## Title

Title of Work: LWD-16

## Completion/Publication

Year of Completion: 2023
Date of 1st Publication: May 15, 2023
Nation of 1st Publication: United States

## Author

- Author: Lemonwood, Inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Lemonwood, Inc.
4500 East Speedway, Unit 52, Tucson, AZ, 85712, United States

## Rights and Permissions

Organization Name: Lemonwood, Inc.
Address: 4500 East Speedway
Unit 52
Tucson, AZ 85712 United States

## Certification

Name: Jessica Delos Santos
Date: April 10, 2025

Registration Number

# VA 2-441-250

**Effective Date of Registration:**
April 09, 2025
**Registration Decision Date:**
April 11, 2025

## Title

|  |  |
|---|---|
| Title of Work: | LWD-17 |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2023 |
| Date of 1st Publication: | May 15, 2023 |
| Nation of 1st Publication: | United States |

## Author

|  |  |
|---|---|
| • Author: | Lemonwood, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Lemonwood, Inc.<br>4500 East Speedway, Unit 52, Tucson, AZ, 85712, United States |

## Rights and Permissions

|  |  |
|---|---|
| Organization Name: | Lemonwood, Inc. |
| Address: | 4500 East Speedway<br>Unit 52<br>Tucson, AZ 85712 United States |

## Certification

|  |  |
|---|---|
| Name: | Jessica Delos Santos |
| Date: | April 09, 2025 |

Page 1 of 2